CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 06 2020

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

UNITED STATES District Court
W.D OF VIRGINIA
Roanoke Divison

TODD KNUTSON,
         Plaintiff,

V.                                           Civil Action No  7:20CV455

LT. C. HAMILTON, OFC. T. Brooks, OFC. Gilbert
OFC. A unknown, OFC. B unknown, OFC. C unknown
OFC. D unknown, OFC. E unknown, OFC. F unknown
OFC. G unknown, OFC. H unknown, OFC. I unknown
OFC. J unknown, OFC. K unknown, OFC. L unknown
OFC. M unknown, OFC. N unknown, OFC. O unknown
OFC. P unknown, DR. Bailey, Nurse Parker, LT. Parsons,
                Defendant(s)

## Civil Complaint

The Plaintiff, respectfully commences this Action by
way of Complaint Against the defendants. in their individual
Capacities for the Manifest violations of the Eighth Amendment's
Cruel and unusual Punishments Clause, And seeks to Recover
$45,000.00 from each defendant in Compensatory, exemplary,
And/or Punitive damages. Plaintiff incorporates by
reference the Attached Affidavit.

Respectfully Submitted,

DATE 8/2/2020    X  Todd Knutson
                    TODD KNUTSON # 21160-041
                    USP LEE
                    PO Box 305
                    Jonesville, VA. 24263

PAGE (1) OF 6

## AFFidaviT

ON WENESDAY July 1, 2020 I Todd Knutson #21160-041 Arriven At USP LEE. Upon Arrival I stated that I could only be placed in a cell with A white independent that Any other than that would put MY SAFtey in Jeporady. OFFicer Gilbert escorted ME to the cell And I Refused because the inmate was Not Someone I could live with. OFC Gilbert than said well ARE You SURE you don't want to go in there IF you don't I AM Going to Fuck You up the First chance I Get. They then placed IN A cell by myself Next door to the cell I refused IN L Block. 5 minutes later they officer Gilbert officer A. unknown officer B unknown officerC unknown took me. out the cell Asked me once more to Enter the cell with Individual that I could Not live with So At that point officer Gilbert And officer A Slammed me on the Ground Then drove their knee into MY Neck And Applied pressure until I Almost passed out that was officer B. Officer A Shoued his Fingers into MY EYes in an attempt to Gouge my EYes out I Attempted to pull his Fingers out my EYe's And officer A Grabbed MY thumb And bent it back until it Snapped. They then put ME IN hand And Feet Restraints And Strapped ME to A wheelchain carried me down the Stairs. to the Elevator while waiting For Elevator door. to open IN L Block hall OFc. Gilbert officer A officer B officer C Similtanously punched me in Face, Ribs & Legs They then placed me in elevator to bottom Floor And wheeled me to Special Housing Unit The officer in SHU officer D And officer E took All Restraints off of me Stripped me of MY Clothing officer E then touched MY Penis while putting paper clothing on me. officer D officer E officer F And officer G then placed me IN Feet/Ankle Restraints placed A belly chain so tight Around me torso they Continued to punch me in Stomach A Ribs And tighten the belly chain one more link At A time until it was Physically impossible to have it Any tighter they

locked the chain in place And Spun it to the front of my torso From the back while punching me in Ribs Everytime I moved. which I couldn't help because the belly chain was dug into My Flesh And had to RiP thru My Flesh in order to be Spun to the Front OF my torso where they connected the belly chain to my Hand Restraints and placed the inside of A black Box This started between 8:30 - 9pm. They then brought me to A-RANGE cell 101 where I Stayed in the Restraints For 22 hours. Every 2 hours They came in to do A Restraint check And Continue the Assault The 3rd shift LT. unknown H Officer I And officer J had me on My knees Facing the wall while they RAN Full Sprint with A Shield And Rammed Me From behind smashing Against the wall while pulling on my shackled Feet Chains And slamming the Shield down on my calves Applying Pressure leaving it there. LT H unknown Asked me iF I was one of those Transgender Mother Fuckers? Well Sing For ME Bitch And instructed Officer I with the shield to pull the chains And Ram his Calves until This Transgender Bitch Sings me A lulaby. In pain And Scared And in Fear for My life. I SAng your are my Sunshine. They LT H AND OFFicer I Told me to Sing louder Sing Bitch For the Entire Range to hear you piece OF Transgender shit. when The LT And officers Left I Layed down on the Floor in tremendous PAIN when LT H AND officer I came back 2 hours later they instructed me to Get The Fuck up You Transgender piece OF shit. I was in unbelievable pain And with All the Restraints I was unable to comply or move AT All. LT H officer I AND OFFicer J came back with officer K AND officer L

They All CAME IN shammed the shield into my stomach Knoking the wind out of me And they All continued to Assault me. All of this is on CAmera. when they DID my medical Assesment they threatned Me that IF stated Anything of what they DID once they turned CAmera on They would Turn the CAmera off And Fuck me up EVEN worse then what they DID And start the process over Again I WAS in fear for my SAFety And Life So I complied LTH. ordered officer I officer J officer K to Fuck that sissy TRangender op show him what the only thing A transgender Git coming officer I smAshed me with the shield ~~~~~ I was in A kneeling position LT H ordered officer K to punch me And smAsh ME Against the WAll. officer L sAid if I looked At him AgAin he'd Break my nose And Tell the white boys Im A Transgender FAggit. This Assaulted Repeated for the Entire 12 AM - 8 AM ShiFT Thursday JULY 2, 2020 officer K DID break my nose howen when MedicalStAFF + MR. PARker Assesed me in the morning I told him of All my injuries eventho they were visable he Failed to uphold his medical oAth took my tempAtine AND vitAls And sAid I WAS Fine SAid these boys Are GooD At mAking it hurt but leaving bones intact you'll heal up o.k. → AT 8 AM LT PArsons CAme in with officer I with the shield And he once AgAin smAshed me with shield Against the wall And sAid laughing I Guess FAggit transgender have SoFT Noses is that why it brite So EASY. LT PArsons told officer I to Back off A little Bit, I Askod LT PARsons to CAll medical He sAid He would And they LeFt shortly there After

LT. Parsons came in with psycologist Dr Bailey. I thought seeing her it was all over And I was saved, Far from it Dr. Bailey is just as evil and cold hearted her First statement while smiling was I hope you enjoy the treatment your Recieving here At USP LEE because being Trasgender thats All you have coming is Ass whooping After Ass whooping. We don't tolerate that Faggot Shit here At USP LEE Being 4 Faggot here At USP Lee May Turn you strait After Enough Ass whoopings Laughing in my Face, I told her That I lied And I Am NOT Transgender. She laughed And said look At that A little Beating Straighted him OUT. I Really Am transgender I lied to Dr. Bailey because I was traumitized in Fear For my life And wanting the Assaults to End. Which they didn't. Dr Bailey Then said she Reviewed My File And Told mE that I'm Really Fucked because I'm A suicidal Faggot its to BAd you didn't Get it right the First time Try that suicide Shit here At USP Lee And it'll make what we did to hear look like PG-13 Treatment. She Dr. Bailey Should Not be Allowed to be A Dr. She did not uphold her oath And is A disgrace to psycologist world wide. LT Parsons unlocked my Hand restraints because they were Riding up my Arm then placed them on my wrists And locked them extremly tight Around my wrist. Medical STAFF Parker came And wiped some blood off me And said heres A bandAid For Your Nose youll be Fine. They Left 2 hours later LT Parsons Returned with Officer Gilbert And the shield And Assaulted me

LT Parsons Asked me If I thought Officer Gilbert was Cute and wanted to fuck him? I said No. OFC Gilbert said well its Gonna Get worse For You we are going to Tell Everyone on the Yard your Transgender Put you in the Cell with A DC Black have them Rape You and let the white boys Know so they Can Finish You off the last Dude the stabbed 27 Times but Just For You we won't stop them until they are Done You Transgender piece of shit. The Next 2 hour Check was 2nd shift where they introduced me to LT Hamilton And said hes the Nice Guy Even you'll like him. LT Hamilton said he wanted me to sing to him loudly so he Could hear me in his office. The Next 2 hour watch LT Hamilton Came with Officer Brooks who had the shield slammed me against the wall and kicked me. LT Hamilton said he didn't like Aron Lewis Country Boy Now that A Transgender Faggot sung it. LT Hamilton told officer Brooks told him he was doing it all wrong And said here I'll show you smashed my head off the wall where I got a knot, smashed my nose Again yanking on my leg restraints with his boots so my Knees would slide back while Applying pressure with the shield Against the back of my head with my Face Against the wall. LT. Hamilton Then Told me to sing Again so the Entire shu Could here For the Next 2 hours And he would let me out So I Did. LT. Hamilton Came back with officer Brooks officer officer M unknown officer N unknown officer P unknown And All them Assaulted me As You will see upon Reviewing Camera Footage. The Next 2 hour Check was the 2nd hour they took All the Restraints off The Belly Chain

they had to peel A pry off me where my Flesh had swollen between EAch chAin link. I still have the scars Around my Torso wrist + Ankles. I lost Feeling Around my WAist Arms And wrist. my hands And thumb in Numb Along with my Feet I WAS kept on cell 101 A RAnge with No shower in cell until JUly 6th when the moved me to D-RAnge cell 255 with Michael Brandon 21550-074 who will TestiFY to All My Injuries These officers violated my eighth Amendment has well As commiting A HAte CRime. BY Reviewing the CAmera I CAN IdentiFy EAch officer. My F___ Wes all Black + Blue I have a Sure on my Nose where I___ Respectfully Submitted + Broke my Rib. too

DATE 8-2-2020          X _Todd Knutson_

TODD Knutson # 21160-041
USP LEE Jonesville, VA. 24263
PO Box 305

I TODD Knutson have NOT ExhAusted Any AdministrAtive Remidies because I Am in FeAr For MY liFE SAFtey of the Above SAid Defendants RetaliAtion for Doing So. I Do NOT WANt to Get Assaulted AgAin.



CERTIFIED MAIL

7020 0640 0000 7 1572 4033



U.S. POSTAGE PAID
FCM LETTER
JONESVILLE, VA
24263
AUG 03, 20
AMOUNT

**$0.00**

R2305K136589-55

UNITED STATES POSTAL SERVICE

1000

24011

RECEIVED

AUG 06 2020

USDC Clerk's C.
Mail Room

U.S. PENITENTIARY - LEE COUNTY
P.O. Box 900 - Jonesville, VA 24263

*Special / Legal Mail*

DATE 6/3/2020

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT